IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JARROD MCKINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>    Defendants. | § § § § § § § § § § § §  CIVIL ACTION NO. 2:21-CV-00212-RWS |

**ORDER**

Before the Court is Defendant's Motion for Administrative Stay of Briefing Deadlines (Docket No. 25). The motion asks the Court to suspend the parties' briefing deadlines associated with Plaintiff's Motion for Preliminary Injunction (Docket No. 9) pending resolution of Defendants' contemporaneously-filed Motion to Stay Proceedings (Docket No. 24). Defendants' opposition to Plaintiff's motion (Docket No. 9) is currently due on July 13, 2021, with Plaintiff's reply due on July 27, 2021. *See* Docket No. 23. Plaintiff filed a response (Docket No. 26). After considering the motion and the parties' arguments, it is

**ORDERED** that the deadline for Defendants to respond to Plaintiff's motion for preliminary injunction and Plaintiff's deadline to file a reply is **EXTENDED** pending the Court's ruling on the instant motion. It is further

**ORDERED** that Defendants shall file a reply to Plaintiff's response (Docket No. 26) no later than **Friday, July 16, 2021**.

**SIGNED** this 13th day of July, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE