# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JARROD MCKINNEY, § § § Plaintiff, § § v. § § THOMAS J. VILSACK, in his official § capacity as Secretary of Agriculture, *et al.*, § § Defendants. § | CIVIL ACTION NO.  2:21-CV-00212-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Extend Time to File Plaintiff's Opposition to Motion for Stay and Defendants' Answer (Docket No. 30). After considering the motion and the parties' arguments, it is **GRANTED**. It is therefore

**ORDERED** that the deadline for Plaintiff to file his opposition to Defendants' Motion for Stay is extended up to and including August 6, 2021. It is further

**ORDERED** that Defendants' Answer to the Complaint will be due 14 days after the Motion for Stay is denied or, if a stay is granted, 14 days after the stay is lifted.

**So ORDERED and SIGNED this 26th day of July, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE