# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| JARROD MCKINNEY, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00212-RWS |
| | § | |
| THOMAS J. VILSACK, in his official | § | |
| capacity as Secretary of Agriculture, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Docket No. 48. Upon consideration, the Court finds good cause exists for dismissing the above captioned matter without prejudice. The Defendant has not answered the Plaintiff's complaint or filed a motion for summary judgment. It is therefore

**ORDERED** that the above captioned matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 18th day of October, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE